**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Texas Department of Public Safety v. Adrian  Lamar  Cuellar

Appellate case number:   01-22-00085-CV

Trial court case number:  2021-120

Trial court:                      County Court at Law of Washington County

On March 3, 2022, Steve Dennis, attorney of record for appellee, Adrian Lamar Cuellar, filed an "Agreed Motion to Withdraw as Counsel."[1]  The motion does not comply with Texas Rule of Appellate Procedure 6.5(b).  That is, the motion does not state it was "delivered to the party in person or mailed–both by certified and by first-class mail–to the party at the party's last known address."  Accordingly, the motion is **denied** without prejudice to refiling.  *See* TEX. R. APP. P. 6.5 (b).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually

Date:  March 8, 2022

---

[1]      We note that counsel for appellant has not agreed to this motion.